UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ARMELLIO BARLESE,<br><br>            Defendant. | 3:14-cr-00017-LRH-WGC<br><br>**ORDER FOR MENTAL HEALTH EVALUATION** |

       The Defendant, CHRISTOPHER ARMELLIO BARLESE was charged by indictment in violations of 18 U.S.C. §§ 113(a)(3), 1151 and 1153, assault with a dangerous weapon (Count 1).

       On March 24, 2014, the Defendant filed an Unopposed Motion for Dual Purpose Evaluation to Determine Competency to Stand Trial and Existence of Insanity at the Time of the Offense (Docket #11).

       IT IS ORDERED pursuant to 18 U.S.C. § 4241 that Mr. Barlese undergo a mental examination to determine whether or not he is suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

       IT IS FURTHER ORDERED pursuant to 18 U.S.C. § 4242 that Mr. Barlese undergo a mental examination to determine whether he was insane at the time of the offense.

       IT IS FURTHER ORDERED that the United States Marshal's Service shall

1  forthwith transport the defendant to a suitable mental health facility to conduct such evaluation.

2  IT IS FURTHER ORDERED that psychiatric or psychological reports shall be
3  prepared indicating the results of the mental evaluation. The director of the facility shall provide
4  such reports to the United States District Court for the District of Nevada, Reno. Additionally
5  such reports shall be provided to the United States Attorney's Office for the District of Nevada,
6  100 West Liberty Street, Suite 600, Reno, Nevada, 89501, and to the office of the Federal Public
7  Defender, ATTN: Ramon Acosta, 201 West Liberty Street, Suite 102, Reno, NV 89501.

8  DATED 29th day of March, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE