RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

Attorney for CHRISTOPHER ARMELLIO BARLESE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTOPHER ARMELLIO BARLESE,<br><br>  Defendant. | Case No. 3:14-cr-00017-LRH-CSD<br><br>ORDER GRANTING<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING ON SUPERVISED RELEASE REVOCATION PETITION**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON FRIERSON, United States Attorney, and PENELOPE BRADY, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and ALLIE WILSON, Assistant Federal Public Defender, counsel for CHRISTOPHER ARMELLIO BARLESE, that the Preliminary Hearing currently scheduled for May 28, 2024 at 1:00 P.M., be vacated and continued to a date and time convenient to the Court, but no sooner than June 4, 2024.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is currently detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 24th day of May, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: /s/ ALLIE WILSON<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for CHRISTOPHER BARLESE | By: /s/ Penelope Brady<br>PENELOPE BRADY<br>Assistant United States Attorney<br>Counsel for the Government |

The preliminary hearing re revocation is continued to June 6, 2024 at 1:30 pm in LV Courtroom 3C.

**IT IS SO ORDERED.**

**DATED** this 24 day of May, 2024.

_____
UNITED STATES MAGISTRATE JUDGE