RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATIE CHADLIEV
Assistant Federal Public Defender
District of Columbia Bar No. 1531537
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577/Phone
(702) 388-5819/Fax
Katie_Chadliev@fd.org

Attorney for CHRISTOPHER ARMELLIO BARLESE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CHRISTOPHER ARMELLIO BARLESE,<br><br>　　　　　Defendant. | Case No: 3:14-cr-00017-MMD-CSD<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

CERTIFICATION:  This motion is timely filed.

　　　Notice is hereby given that Assistant Federal Public Defender, KATIE CHADLIEV hereby requests permission to withdraw as Counsel of Record.  On May 24, 2024, notice of appearance has been filed by AFPD Allie Wilson advising the Court that she will serve as counsel to represent Mr. Christopher Armellio Barlese in the above-styled case.

　　　//

　　　//

　　　//

　　　//

WHEREFORE, undersigned counsel moves that she be allowed to withdraw from further representation of Mr. Christopher Armellio Barlese.

DATED June 11, 2024.

                                              RENE L. VALLADARES
                                              Federal Public Defender

                                      By:  */s/ Katie Chadliev*
                                              KATIE CHADLIEV
                                              Assistant Federal Public Defender

                                              **IT IS SO ORDERED:**

                                              **UNITED STATES DISTRICT JUDGE**

                                          **DATED:** June 11, 2024