RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

Attorney for CHRISTOPHER ARMELLIO BARLESE

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER ARMELLIO BARLESE,<br><br>    Defendant. | Case No. 3:14-cr-00017-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender ALLIE WILSON, counsel for CHRISTOPHER ARMELLIO BARLESE and United States Attorney JASON M. FRIERSON, Assistant United States Attorney PENELOPE BRADY, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for June 18, 2024, at 11:00 AM, be vacated and continued to July 18, 2024, at 11:00 AM.

This Stipulation is entered into for the following reasons:

1.  Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is currently detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 11th day of June, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Allie Wilson<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for CHRISTOPHER BARLESE | By /s/ Penelope Brady<br>PENELOPE BRADY<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for June 18, 2024, at 11:00 AM, be vacated and continued to July 18, 2024, at 11:00 AM.

DATED this  11th  day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE

3