RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

Attorney for CHRISTOPHER ARMELLIO BARLESE

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

CHRISTOPHER ARMELLIO BARLESE,

        Defendant.

Case No. 3:14-cr-00017-MMD-CSD

**ORDER GRANTING
STIPULATION TO CONTINUE
REVOCATION OF SUPERVISED
RELEASE HEARING
(FIRST REQUEST)**

    IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender ALLIE WILSON, counsel for CHRISTOPHER ARMELLIO BARLESE and First Assistant United States Attorney SIGAL CHATTAH, Assistant United States Attorney PENELOPE BRADY, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for November 19, 2025, at 10:30 AM, be vacated and continued to January 6, 2026, at 10:00 AM.

    This Stipulation is entered into for the following reasons:

1.    Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2.    Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3.    The defendant is detained and consents to the continuance.

4.    The parties agree to the continuance.

5.    This is the first request for a continuance.

DATED this 13th day of November, 2025.

RENE L. VALLADARES                          SIGAL CHATTAH
Federal Public Defender                        First Assistant United States Attorney


By /s/ Allie Wilson                                By /s/ Penelope Brady
    ALLIE WILSON                                    PENELOPE BRADY
    Assistant Federal Public Defender              Assistant United States Attorney
    Counsel for CHRISTOPHER BARLESE                Counsel for the Government

2

## **ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for November 19, 2025, at 10:30 AM, be vacated and continued to January 6, 2026, at 10:00 AM.

DATED this <u>14th</u> day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE